# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

STEPHEN VAN SADERS,
JAMIE VAN SADERS, and
BBJSC, Inc.,

       Plaintiffs,

v.

FRANCHOICE, INC. and
SCOTT JONES,

       Defendants.

**ORDER**
Civil File No. 19-1414 (MJD/ECW)

Based upon the Report and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated December 19, 2019, all the files and records, and no objections having been filed to said Report and Recommendation, **IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright dated December 19, 2019 [Docket No. 46].

2. Defendants' Motion for Partial Dismissal Pursuant to Rule 12(b)(6) [Docket No. 11] is **GRANTED IN PART** and **DENIED IN PART** as follows: Defendants' Motion is **GRANTED** as to Plaintiffs' claim under the Minnesota Franchise Act, and that claim is **DISMISSED WITHOUT PREJUDICE**; and Defendants'

Motion is **DENIED** as to Plaintiffs' claim under the New Jersey Consumer Fraud Act.

Dated: January 16, 2020         s/ Michael J. Davis
                                Michael J. Davis
                                United States District Court